NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE L. MATLICK,<br><br>Plaintiff,<br><br>v.<br><br>ULRS, INC. d/b/a UNITED LEGAL GROUP,<br><br>Defendant. | Case No. 8:20-cv-00691-DOC-KES<br><br>**ORDER ON STIPULATION DISMISSAL WITH PREJUDICE** |

Plaintiff, CORINNE L. MATLICK ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Agreed Stipulation of Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

1

IT IS THEREFORE ORDERED by this Court that the above cause of action

is hereby dismissed, with prejudice.


Dated:   June 17, 2020

*David O. Carter*
_____
Judge, U.S. District Court
Hon. David O. Carter

2